IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

# *In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation MDL No. 2327*

Civil Action No. 2:15-cv-00607

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for their Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Sherry Norman

2. Plaintiff's Spouse (if applicable)

   Howard Norman, Jr.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   Not Applicable

4. State of Residence

   Kentucky

5. District Court and Division in which venue would be proper absent direct filing.

   U.S. District Court for the Eastern District of Kentucky

6. Defendants (Check Defendants against whom Complaint is made):

   ☑  A.  Ethicon, Inc.

   ☑  B.  Johnson & Johnson

Revised: 5/28/14

☐     C.  American Medical Systems, Inc. ("AMS")

☐     D.  Boston Scientific Corporation

☐     E.  C. R. Bard, Inc. ("Bard")

☐     F.  Sofradim Production SAS ("Sofradim")

☐     G.  Tissue Science Laboratories Limited ("TSL")

☐     H.  Mentor Worldwide LLC

☐     I.  Coloplast Corp.

☐     J.  Cook Incorporated

☐     K.  Cook Biotech, Inc.

☐     L.  Cook Medical, Inc.

☐     M.  Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐     N.  Neomedic International, S.L.

☐     O.  Neomedic Inc.

☐     P.  Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☑     Diversity of Citizenship

☐     Other: _____

A.  Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 1 - 11

    _____

    _____

B. Other allegations of jurisdiction and venue:

_____

_____

_____

_____

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT
- ☐ TVT-Obturator (TVT-O)
- ☑ TVT-SECUR (TVT-S)
- ☐ TVT-Exact
- ☐ TVT-Abbrevo
- ☐ Other

  _____

  _____

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

- ☐ Prolift
- ☐ Prolift +M
- ☐ Gynemesh/Gynemesh PS
- ☐ Prosima
- ☐ TVT

☐ TVT-Obturator (TVT-O)

☑ TVT-SECUR (TVT-S)

☐ TVT-Exact

☐ TVT-Abbrevo

☐ Other

_____

_____

10. Date of Implantation as to Each Product:

6/20/2007
_____

_____

_____

11. Hospital(s) where Plaintiff was implanted (including City and State):

Fort Sanders Sevier Medical Center
_____

Sevierville, TN
_____

12. Implanting Surgeon(s):

Richard Love, M.D.
_____

_____

13. Counts in the Master Complaint brought by Plaintiff(s):

☑ Count I – Negligence

☑ Count II – Strict Liability – Manufacturing Defect

☑ Count III – Strict Liability – Failure to Warn

☑ Count IV – Strict Liability – Defective Product

☑ Count V – Strict Liability – Design Defect

☑ Count VI – Common Law Fraud

☑ Count VII – Fraudulent Concealment

☑ Count VIII – Constructive Fraud

☑ Count IX – Negligent Misrepresentation

☑ Count X – Negligent Infliction of Emotional Distress

☑ Count XI – Breach of Express Warranty

☑ Count XII – Breach of Implied Warranty

☑ Count XIII – Violation of Consumer Protection Laws

☑ Count XIV – Gross Negligence

☑ Count XV – Unjust Enrichment

☑ Count XVI – Loss of Consortium

☑ Count XVII – Punitive Damages

☑ Count XVIII – Discovery Rule and Tolling

☐ Other Count(s) (Please state factual and legal basis for other claims below):_____
_____
_____
_____
_____

Date:  1/14/2015                                       RESPECTFULLY SUBMITTED,


                                                /s/ Raymond C. Silverman
Raymond C. Silverman
Jerrold S. Parker
Melanie H. Muhlstock
**PARKER WAICHMAN LLP**
6 Harbor Park Drive
Port Washington, New York 11050
Telephone:  (516) 466-6500
Facsimile:  (516) 466-6665
rsilverman@yourlawyer.com
jerry@yourlawyer.com
mmuhlstock@yourlawyer.com

*Attorneys for Plaintiff*
SHERRY NORMAN and HOWARD NORMAN, JR.